IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| MAGGIE DREW, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 6:22-cv-03211-MDH |
| BOYD HOUSEHOLDER, STEPHANIE HOUSEHOLDER; CIRCLE OF HOPE GIRLS RANCH AND BOARDING SCHOOLS; JEFFREY ABLES, AGAPE BOARDING SCHOOL; AGAPE BAPTIST CHURCH, INC.; and JAMES CLEMENSEN (Deceased) | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Connor M. Flairty of the law firm of Sanders Warren & Russell, LLP and hereby provides notice of his withdrawal as counsel for Defendants Agape Boarding School and Agape Baptist Church. In support of this Motion, the Court is advised that Sean M. Sturdivan of Sanders Warren & Russell, LLP will remain as lead counsel for Defendants Agape Boarding School and Agape Baptist Church. Notice is being provided to the clients via email. No party will suffer any prejudice as a result of this withdrawal.

1

Respectfully submitted,

SANDERS WARREN & RUSSELL LLP

*/s/ Connor M. Flairty*
Sean M. Sturdivan     MO Bar No. 56234
Connor M. Flairty     MO Bar No. 75137
Compass Corporate Centre
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Phone: (913) 234-6100/Fax: (913) 234-6199
Email: s.sturdivan@swrllp.com
Email: c.flairty@swrllp.com
***ATTORNEYS FOR DEFENDANTS***
***AGAPE BOARDING SCHOOL AND***
***AGAPE BAPTIST CHURCH***

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 20th day of July, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Jarrett A Johnson
The Jarrett Johnson Law Firm
4505 Madison Avenue, Suite 250
Kansas City, MO 64111
Email: jarrett@mcgonaglespencer.com
**Attorney for Plaintiff**

Gerald F McGonagle
McGonagle Spencer Gahagan, P.C.
4505 Madison Ave, Suite 230
Kansas City, MO 64111
gmcgonagle@mcgonaglespencer.com
**Attorneys for Plaintiff**

Rebecca M. Randles
Randles Mata, LLC
851 NW 45th Street, Suite 310
Kansas City, MO 64116
Email: rebecca@rmblawyers.com
**Attorney for Plaintiff**

Cara Richelle Rose
Franke, Schultz & Mullen
1919 E Battlefield, Suite B
Springfield, MO 65804
crose@fsmlawfirm.com
**Attorneys for Defendants Circle of Hope Girls Ranch & Boarding School and Stephanie Householder and Boyd Householder**

*/s/ Connor M. Flairty*
Attorney

2

Case 6:22-cv-03211-MDH    Document 52    Filed 07/20/23    Page 2 of 2