**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MAGGIE DREW,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**BOYD HOUSEHOLDER, STEPHANIE HOUSEHOLDER, CIRCLE OF HOPE GIRLS RANCH AND BOARDING SCHOOL, JEFFREY ABLES, AGAPE BOARDING SCHOOL, AGAPE BAPTIST CHURCH, INC., and JAMES CLEMENSON,**<br><br>**Defendants.** | ) | **Case No. 6:22-cv-03211-MDH** |

**ORDER OF PARTIAL DISMISSAL WITH PREJUDICE**

Before the Court is Plaintiff's Unopposed Motion for Order of Partial Dismissal With Prejudice (Doc. 72), an unopposed motion to dismiss Plaintiff's claims, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), against the following Defendants only:

1. Circle of Hope Girls' Ranch and Boarding School;
2. Boyd Householder;
3. Stephanie Householder; and
4. Jeffrey Ables.

WHEREFORE, the Court **GRANTS** Plaintiff's Unopposed Motion for Order of Partial Dismissal With Prejudice (Doc. 72), and hereby dismisses this action against the above-listed Defendants only, with prejudice. Plaintiff's claims in this action remain pending against Defendants Agape Boarding School, Agape Baptist Church, Inc., and James Clemenson.

**IT IS SO ORDERED.**

DATED: March 27, 2024

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**