**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| MAGGIE DREW,<br><br>Plaintiff,<br><br>v.<br><br>BOYD HOUSEHOLDER, STEPHANIE HOUSEHOLDER; CIRCLE OF HOPE GIRLS RANCH AND BOARDING SCHOOLS; JEFFREY ABLES, AGAPE BOARDING SCHOOL; AGAPE BAPTIST CHURCH, INC.; and JAMES CLEMENSEN (Deceased)<br><br>Defendants. | ) | Case No. 6:22-cv-03211-MDH |

**AMENDED NOTICE OF INDEPENDENT MEDICAL EXAMINATION/ INDEPENDENT PSYCHOLOGICAL EXAMINATION**

**TO:** All Parties

**DATE AND TIME:** April 24, 2024 at 9:30 a.m. CST

**LOCATION:** **McGonagle Spencer Johnson, LLC**
4505 Madison Avenue
Kansas City, MO 64111

PLEASE TAKE NOTICE that on the above date at the time and place specified, we shall cause the independent medical examination/independent psychological examination of Plaintiff **Maggie Drew** to be taken pursuant to the Federal Rules of Civil Procedure by **Dr. Kyleeann Stevens**. Any party and their attorney may appear, but not interfere with the independent medical examination.

Respectfully submitted,

SANDERS WARREN & RUSSELL LLP

*/s/ Sean Sturdivan*

Sean M. Sturdivan MO Bar No. 56234
Tracy M. Hayes MO Bar No. 58555
Compass Corporate Centre
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Phone: (913) 234-6100/Fax: (913) 234-6199
Email: s.sturdivan@swrllp.com
Email: t.hayes@swrllp.com
***ATTORNEY FOR DEFENDANTS AGAPE BOARDING SCHOOL AND AGAPE BAPTIST CHURCH***

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 15th day of April, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Gerald F. McGonagle
Jarrett A Johnson
McGonagle Spencer Johnson, LLC
4505 Madison Avenue
Kansas City, MO 64111
Email: gmcgonagle@mcgonaglespencer.com
Email: jarrett@mcgonaglespencer.com
**Attorneys for Plaintiff**

Rebecca M. Randles
Randles Mata, LLC
851 NW 45th Street, Suite 310
Kansas City, MO 64116
Email: rebecca@rmblawyers.com
**Attorney for Plaintiff**

*/s/ Sean Sturdivan*