IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| MAGGIE DREW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:22-cv-03211-MDH |
| | ) | |
| BOYD HOUSEHOLDER, STEPHANIE HOUSEHOLDER; CIRCLE OF HOPE GIRLS RANCH AND BOARDING SCHOOLS; JEFFREY ABLES, AGAPE BOARDING SCHOOL; AGAPE BAPTIST CHURCH, INC.; and JAMES CLEMENSEN (Deceased) | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEATH

COME NOW Defendants Agape Boarding School and Agape Baptist Church, Inc., through undersigned counsel files the following Notice of Death pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), relating to Defendant James Clemensen:

1. On or about October 22, 2021, Defendant James Clemensen passed away.

2. Pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), Defendants Agape Boarding School and Agape Baptist Church, Inc., hereby notify the Court and opposing counsel of Defendant James Clemensen's death.

1

Respectfully submitted,

S‌ANDERS W‌ARREN & R‌USSELL LLP

*/s/ Sean Sturdivan*
Sean M. Sturdivan     MO Bar No. 56234
Tracy M. Hayes        MO Bar No. 58555
Compass Corporate Centre
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Phone: (913) 234-6100/Fax: (913) 234-6199
Email: s.sturdivan@swrllp.com
Email: t.hayes@swrllp.com
***ATTORNEY FOR DEFENDANTS***
***AGAPE BOARDING SCHOOL AND***
***AGAPE BAPTIST CHURCH***


# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 17th day of April, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Gerald F. McGonagle
Jarrett A Johnson
McGonagle Spencer Johnson, LLC
4505 Madison Avenue
Kansas City, MO 64111
Email: gmcgonagle@mcgonaglespencer.com
Email: jarrett@mcgonaglespencer.com
**Attorneys for Plaintiff**

Rebecca M. Randles
Randles Mata, LLC
851 NW 45th Street, Suite 310
Kansas City, MO 64116
Email: rebecca@rmblawyers.com
**Attorney for Plaintiff**

          */s/ Sean Sturdivan*