IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MAGGIE DREW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:22-cv-03211-MDH |
| ) | |
| BOYD HOUSEHOLDER, ) | |
| STEPHANIE HOUSEHOLDER, ) | |
| CIRCLE OF HOPE GIRLS RANCH ) | |
| AND BOARDING SCHOOL, ) | |
| JEFFREY ABLES, ) | |
| AGAPE BOARDING SCHOOL, ) | |
| AGAPE BAPTIST CHURCH, INC., and ) | |
| JAMES CLEMENSON (Deceased), ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 86) wherein the parties stipulate and agree that the above-referenced matter having been fully resolved by way of settlement, the cause of this action should be dismissed with prejudice, with each party to bear its own costs.

WHEREFORE, after review, the Court **ORDERS** that this matter is dismissed in its entirety, with prejudice, and with each party to bear its own costs.

**IT IS SO ORDERED.**

DATED:  August 14, 2024

　　　　　　　　　　　　　　　　　　　　　 */s/ Douglas Harpool*
　　　　　　　　　　　　　　　　　　　　　 **DOUGLAS HARPOOL**
　　　　　　　　　　　　　　　　　　　　　 **UNITED STATES DISTRICT JUDGE**